# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| RONALD J. STEWART AND BONNITA STEWART, | : No. 53 WAL 2015 |
| | : |
| | : |
| Petitioners | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| T.W. PHILLIPS GAS SUPPLY CORP., | : |
| | : |
| Respondent | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| WAYNE B. HESS, KATHLEEN R.H. MARSH, CYNTHIA A.H. GIARDINA, WILLIAM BLAIN HESS, GAIL HESS CRIGGER, CAROL HESS BRACKEN, PHYLLIS J. SMITTLE, CONNIE ROWE, WILLIAM RICE, DANIEL RICE, GREGORY RICE, TIMOTHY RICE, TERI BOSTON, DONITA KLEIN, | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.